1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  MOLLY K. PRIEDEMAN (CABN 302096)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7332
7       FAX: (415) 436-7234
        molly.priedeman@usdoj.gov
8

9  Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        ) NO. CR 20-000469 HSG
                                     )
14       Plaintiff,                  ) STIPULATION AND ORDER EXCLUDING TIME
                                     ) UNDER THE SPEEDY TRIAL ACT
15       v.                          )
                                     )
16  ANGEL GABRIEL RAMIREZ,           )
                                     )
17       Defendant.                  )
                                     )
18  

19       A change of plea hearing is scheduled in this case for March 31, 2021. For the reasons stated on

20  the record on March 8, 2021, counsel for the United States and counsel for the defendant, Angel Gabriel

21  Ramirez, jointly stipulate and request that time be excluded under the Speedy Trial Act from March 8,

22  2021 to March 31, 2021.

23       The government and counsel for the defendant have agreed that time be excluded under Federal

24  Rule of Criminal Procedure 5.1 and the Speedy Trial Act so that defense counsel can continue to

25  prepare, including by reviewing discovery produced by the government and discussing a proposed

26  resolution. For these reasons, the parties stipulate and agree that excluding time until March 31, 2021,

27  will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties

28

STIPULATION TO EXCLUDE TIME
AND [PROPOSED] ORDER
No. CR 20-000469 HSG                    1

further stipulate and agree that the ends of justice served by excluding time from March 8, 2021 to March 31, 2021 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: March 9, 2021                    /s/ Molly K. Priedeman
                                          MOLLY K. PRIEDEMAN
                                          Assistant United States Attorney

DATED: March 9, 2021                    /s/ Jerome Matthews
                                          JEROME MATTHEWS
                                          Attorney for the Defendant

1

**ORDER**

2     Based upon the representations of counsel and for good cause shown, the Court finds that failing
3 to exclude the time from March 8, 2021 to March 31, 2021 would unreasonably deny defense counsel
4 and the defendant the reasonable time necessary for effective preparation and continuity of counsel,
5 taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The Court further finds
6 that the ends of justice served by excluding the time from March 8, 2021 to March 31, 2021 from
7 computation under the Speedy Trial Act outweighs the best interests of the public and the defendant in a
8 speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time
9 from March 8, 2021 to March 31, 2021 shall be excluded from computation under the Speedy Trial Act.
10 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

11     IT IS SO ORDERED.

13 DATED: 3/10/2021

THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION TO EXCLUDE
TIME AND ORDER
No. CR 20-000469 HSG     3